No. 2697.—El Pueblo, apldo., v. Nieves, aplte.—C. D. Aguadilla. Alterar la paz. Abr. 20, 1926. Confirmada la

sentencia apelada por aparecer que el apelante no hace un señalamiento de errores, limitando su argumentación a la apreciación que el juez inferior hizo de la prueba de cargo, pues no hubo prueba de descargo y además porque los actos imputados al acusado, que por su naturaleza especial no relatamos, constituyen el delito de alterar la paz siendo la prueba suficiente.